**UNITED STATES of America,
Appellee,**

v.

**Manuel Robles GUZMAN,
Defendant–Appellant.**

No. 06–0841–CR.

United States Court of Appeals,
Second Circuit.

Jan. 25, 2007.

Michael J. Garcia, United States Attorney for the Southern District of New York (Joshua A. Levine and Katherine Polk Failla, Assistant United States Attorneys on the brief), New York, N.Y., for Appellee.

David Samel, New York, N.Y., for Defendant–Appellant.

Present: ROBERT A. KATZMANN, PETER W. HALL, Circuit Judges, and DAVID G. TRAGER,* District Judge.

### SUMMARY ORDER

On consideration whereof, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the order of the district court, entered January 18, 2006, and the judgment of conviction, entered on April 8, 2003, be and hereby are **AFFIRMED.**

Defendant-appellee ("Guzman") appeals an order, entered January 18, 2006, denying his application for resentencing pursuant to *United States v. Crosby,* 397 F.3d 103 (2d Cir.2005). Guzman argues that the decision not to resentence him resulted in a sentence that was unreasonable. We assume the parties' familiarity with the facts, the proceedings below, and the specification of issues on appeal.

We review a district court's sentence for "reasonableness," an inquiry that includes both procedural reasonableness and substantive reasonableness. *Id.* at 114–15. Guzman has not challenged the procedural reasonableness of his sentence. In our review for substantive reasonableness we ask "whether the length of the sentence is reasonable in light of the factors outlined in 18 U.S.C. § 3553(a)." *United States v.*

---

* The Honorable David G. Trager, of the United States District Court for the Eastern District of New York, sitting by designation.

*Rattoballi,* 452 F.3d 127, 132 (2d Cir.2006). Here, given the circumstances of this case, we do not find a sentence at the lower end of the Guidelines range to be substantively unreasonable.

Accordingly, for the foregoing reasons, the order of the district court and the judgment of conviction are hereby **AFFIRMED.**